IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERMAINE JENKINS | : | CIVIL ACTION |
| Plaintiff | : | |
| vs. | : | |
| NJ TRANSIT RAIL OPERATIONS, INC. | : | |
| Defendant | : | NO. NO. 17-1143 |

**STIPULATION TO DISMISS WITHOUT PREJUDICE**

The parties, by their respective counsel, STIPULATE that this action be DISMISSED WITHOUT PREJUDICE.

COFFEY KAYE MYERS & OLLEY

BY: _s/ Lawrence A Katz, Esq.
ROBERT E. MYERS
LAWRENCE A. KATZ
718 Two Bala Plaza
Bala Cynwyd, PA  19004
610-668-9800
Counsel for Plaintiff


HOHN & SCHEUERLE

BY:   s/ Stephen Scheuerle
STEPHEN SCHEUERLE
1700 Market St., Suite 3242
Philadelphia, PA  19103
Counsel for Defendant[*]

---

[*] Per telephone authority.

1